U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

JUN 2 8 2007

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CLARA S. TONEY AND THOMAS E. TONEY | : | DOCKET NO. 2:04 CV 0638 |
| VS. | : | JUDGE MINALDI |
| UNITED STATES OF AMERICA DEPARTMENT OF THE ARMY | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the Memorandum Ruling, for the reasons stated therein, IT IS ORDERED that the Motion for Summary Judgment filed by the United States of America [doc. 12] is hereby GRANTED. The plaintiffs' claims are hereby DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___ day of June, 2007

PATRICIA MINALDI
UNITED STATES DISTRICT COURT